# John K. Fulweiler, Esq.

150 Airport Street, Second Floor
Quonset Point, Rhode Island 02852

Telephone: 401-677-0977
Facsimile: 401-677-0979
E-mail: john@fulweilerlaw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/11

March 9, 2011

John K. Fulweiler, Esquire

<u>VIA FACSIMILE</u>   (1-212-805-7912)
No. of pages: 2

HON. JOHN G. KOETL
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Sound Shore Salvage, Inc. v. M/Y SEA YA LATER*
           U.S.D.C. / S.D.N.Y.
           <u>Case no.: 10-civ.-5042</u>
           D&P File: 2328-3

Dear Honorable Sir:

    I am the attorney of record for Plaintiff Sound Shore Salvage, Inc. As I reported in last week's communication, I have left the firm of DeOrchis & Partners, LLP and we are in the midst of transferring files and the like. We write on the above letterhead so as to respect this change in circumstance. My departure is on amiable terms and I am copying Vincent M. DeOrchis on this correspondence.

    The Court requested that the parties report today on the status of this matter. Settlement funds were received by Plaintiff today. Plaintiff continues to await receipt of an original, signed Mutual Release. Notwithstanding, it appears this matter is on the road to conclusion and we ask that the parties be given an additional one week to advise the Court as to the final consummation of settlement.

                // Signature Page Follows //

                                **APPLICATION GRANTED**
                                    **SO ORDERED**

                                          John G. Koeltl, U.S.D.J.

3/9/11

March 9, 2011
Page 2

        We thank your Honor for his continued attention to this matter.

                                      Respectfully yours,

                                      By

                                            John K. Fulweiler

JKF/lb

cc:    Michael Stern, Esq. (*via facsimile* --- 1-212-953-2462)

       Vincent M. DeOrchis, Esq. (*via facsimile* --- 1-212-422-5299)