# Fulweiler

| | 150 Airport Street, Second Floor | |
|---|---|---|
| New York, New York | Quonset Point, Rhode Island 02852 | Telephone: 401-667-0977 |
| Fort Lauderdale, Florida | www.fulweilerlaw.com | Facsimile: 401-667-0979 |

Latitude: 41-35'46" N
Longitude: 071-24'54" W

March 16, 2011

John K. Fulweiler, Esquire
Direct dial: 917-445-1144
john@fulweilerlaw.com

<u>VIA ECF FILING</u>     (*Attempts made to fax failed.*)

Hon. John G. Koetl
U.S. District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Sound Shore Salvage, Inc. v. M/Y SEA YA LATER*
           U.S.D.C. / S.D.N.Y.
           <u>Case no.: 10-civ-5042</u>
           D&P File: 2328-3
           Our File: 02024 - Sound Shore

Dear Honorable Sir:

    I am the attorney of record for Plaintiff Sound Shore Salvage, Inc. As I reported in prior communications, I have left the firm of DeOrchis & Partners, LLP and we are in the midst of transferring files and the like. We write on the above letterhead so as to respect this change in circumstance.

    Settlement funds drawn on opposing counsel's attorney trust account were received and deposited by Plaintiff. All parties have signed the Settlement Agreement. In this way, the settlement has been consummated and there is no necessity for the Plaintiff's earlier requested Court conference.

    We take time to thank the Court for its recent attention to this matter.

                          // Signature Page Follows //

Fulweiler
March 16, 2011

                                      Respectfully yours,

                                        John K. Fulweiler

JKF/lb

cc:    Michael Stern, Esq.  (*via facsimile* --- 1-212-953-2462)

       Vincent M. DeOrchis, Esq. (*via facsimile* --- 1-212-422-5299)